467 A.2d 46

Commonwealth v. Mathis, Appellant.

Petition for Allowance of Appeal
Denied June 13, 1984.

Submitted May 19, 1983. Elkin A. Tolliver, Jr., for appellant; Jane

Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.